AO91 (Rev. 12/03)   Criminal Complaint                                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:12-po-07169 |

Erika Caridad VASQUEZ
IAE A205 728 827
El Salvador 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 29, 2012** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Erika Caridad VASQUEZ was encountered by Border Patrol Agents near La Grulla, Texas on November 29, 2012. When questioned as to her citizenship, defendant stated that she was a citizen and national of El Salvador, who had entered the United States illegally on November 29, 2012, by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ibanez Jr, Ricardo  Border Patrol Agent
Signature of Complainant

Ibanez Jr, Ricardo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 30, 2012                                             at      McAllen, Texas
Date                                                                                 City/State

Peter E Ormsby           U.S. Magistrate Judge
Name of Judge           Title of Judge                                Signature of Judge